OPINION — AG — ** CANDIDATES — ELECTION — CONTRIBUTIONS ** THE PROVISIONS OF 26 O.S. 15-108.1 [26-15-108.1] DO 'NOT' APPLY TO THE CONTRIBUTIONS RECEIVED BY A CANDIDATE PRIOR TO JANUARY 1, 1985, AND ANY INTEREST INCOME EARNED THEREON EVEN IF THE CANDIDATE STILL POSSESSES THOSE CONTRIBUTIONS AND THE INTEREST INCOME EARNED THEREON AFTER JANUARY 1, 1985 (CAMPAIGN CONTRIBUTIONS AND EXPENDITURES ACT, REPORTING, NOTICE, STATE ELECTION BOARD, FORMULA) CITE: 26 O.S. 15-101 [26-15-101], 26 O.S. 15-102 [26-15-102](2), 26 O.S. 15-102 [26-15-102](3), 26 O.S. 15-108.1 [26-15-108.1] (JOHN D. ROTHMAN)